■ PEOPLE v JAMES WEBSTER, Defendant. [668 NYS2d 974] —Motion for leave to appeal and for consolidation denied. Memorandum: We have reviewed defendant's CPL 460.15 application for leave to appeal and conclude that there are no questions of law or fact that ought to be reviewed by the Court. The contentions of defendant that he was denied a prompt verdict and his right to an "effective summation" are a matter of record that could be raised on direct appeal (see, CPL 440.10 [2] [b]). Defendant's contention that Supreme Court improperly held a private readback of trial testimony is not supported by sufficient law or facts. Similarly, defendant has failed to substantiate his claim of prosecutorial misconduct. Because we are denying that part of defendant's motion for leave to appeal, that part of defendant's motion for consolidation is moot. Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.

■ PEOPLE v JOSE ROQUE, Defendant. [668 NYS2d 975] —Motion for leave to appeal as a poor person denied. Memorandum: Defendant's appeal from the judgment of conviction entered February 3, 1988 was dismissed by order entered July 12, 1989. There is no record of defendant being resentenced on August 15, 1997. Present—Green, J. P., Lawton, Hayes, Wisner and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. TILSON ITURRINO, Appellant, v CHARLES BRUNELLE, as Superintendent of Wyoming Correctional Facility, Respondent. [668 NYS2d 975] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Habeas Corpus.) Present—Denman, P. J., Lawton, Hayes, Callahan and Fallon, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS E. DUTTON, Appellant. [668 NYS2d 975] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.— Attempted Assault, 2nd Degree.) Present—Green, J. P., Lawton, Hayes, Callahan and Fallon, JJ.